**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 01-2105**

————————————

DOUGLAS M. GOOSLIN, JR.,

Petitioner,

versus

BETHANY COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

————————————

**No. 01-2328**

————————————

DOUGLAS M. GOOSLIN, JR.,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
BETHANY COAL COMPANY,

Respondents.

————————————

On Petitions for Review of an Order of the Benefits Review Board.
(00-1082-BLA)

————————————

Submitted:  March 19, 2002          Decided:  April 16, 2002

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Douglas M. Gooslin, Jr., Petitioner Pro Se.  Christian P. Barber, Sarah Marie Hurley, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas M. Gooslin, Jr., seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2001).  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm on the reasoning of the Board.  See Gooslin v. Director, Office of Workers' Comp. Program, No. 00-1082-BLA (July 31, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED